**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    IN RE: STATIC RANDOM ACCESS (SRAM)          No. M 07-1819 CW
     ANTITRUST LITIGATION
10                                               (MDL No. 1819)
     _____
11
     This Order Relates to All Cases           ADMINISTRATIVE
12   Listed on Attachment A                     ORDER

13   _____/

14

15       The Judicial Panel on Multidistrict Litigation ("the Panel")

16   has transferred to this Court for coordinated or consolidated

17   pretrial proceedings certain actions relating to an alleged

18   conspiracy to fix the price of Static Random Access Memory, which

19   is often referred to as "SRAM" (MDL 1819).   The cases listed on

20   Attachment A were filed in the Northern District of California and

21   related to C-06-6491 CW, Dataplex, Inc. v. Alliance Semiconductor,

22   et al., the underlying case in MDL 1819.   These actions involve

23   questions of fact that are common to the actions transferred under

24   28 U.S.C. § 1407 to the Northern District of California.   The Clerk

25   in the Northern District of California has established M-07-1819

26   CW, In Re Static Random Access Memory (SRAM) Antitrust Litigation,

27   as the Master Docket for all SRAM litigation cases.   Accordingly,

28       IT IS HEREBY ORDERED that all cases listed on Attachment A

United States District Court
For the Northern District of California

1  shall be included in Master Docket M-07-1819 CW, <u>In re Static</u>

2  <u>Random Access Memory (SRAM) Antitrust Litigation</u>, for coordinated

3  or consolidated pretrial proceedings.  **All pleadings relating to**

4  **two or more actions shall be filed in the Master Docket.  If a**

5  **pleading relates to a single action, the pleading shall be filed in**

6  **the individual action.**  For subsequent cases filed in the Northern

7  District of California, an Administrative Motion to Consider

8  Whether Cases Should Be Related shall be filed in C-06-6491 CW,

9  <u>Dataplex, Inc. v. Alliance Semiconductor, et al.</u>  Upon the Court

10 relating the subsequent cases, they shall automatically be included

11 on the Master Docket.

12

13          4/25/07

14 Dated _____        _____

15                                        CLAUDIA WILKEN
                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28                                2

**United States District Court**
For the Northern District of California

1

2                    **ATTACHMENT A**

3
4-06-6541    Madsen, et al. v. Samsung Electronics, et al.,
4   4-06-6542    Maites, et al. v. Samsung Electronics, et al.,
4-06-6652    Westell Technologies v. Alliance Semiconductor, et al.
5   4-06-6663    Takeda v. Alliance Semiconductor, et al.
4-06-6668    Juskiewicz v. Samsung Electronics, et al.
6   4-06-6698    Chip-Tech, Ltd. v. Cypress Semiconductor, et al.
4-06-6770    Ayers, et al. v. Samsung Electronics, et al.
7   4-06-7006    Thompson, et al. v. Alliance Semiconductor, et al.
4-06-7007    Stargate Films, Inc. v. Alliance Semiconductor, et al.
8   4-06-7194    Katz v. Samsung Electronics, et al.
4-06-7428    Markey v. Alliance Semiconductor, et al.
9   4-06-7637    Telular Corp. v. Alliance Semiconductor, et al.
4-06-7731    Reedy v. Cypress Semiconductor, et al.
10  4-06-7851    Autotime Corp. v. Samsung Electronics, et al.
4-06-7950    Greenwell, et al. v. Alliance Semiconductor, et al.
11  4-07-0228    Ralik v. Cypress Semiconductor, et al.
4-07-0509    Baranic v. Samsung Electronics, et al.
12  4-07-0916    Barnes v. Alliance Semiconductor, et al.
4-07-0918    Perez v. Alliance Semiconductor, et al.
13  4-07-0949    Koch v. Samsung Electronics, et al.
4-07-0950    Hochstein v. Samsung Electronics, et al.
14  4-07-0969    Kreitzer, et al. v. Cypress Semiconductor, et al.
4-07-0993    Salzman, et al. v. Cypress Semiconductor, et al.
15  4-07-1037    Berezin v. Alliance Semiconductor, et al.

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3